# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## 450 GOLDEN GATE AVENUE
## SAN FRANCISCO, CA  94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 28, 2008

To:    Cheryl Hamer Mackell
        Pomerantz Haudek Block Grossman & Gross LLP
        840 Malcolm Road
        Burlingame, CA 94010

        J. Douglas Richards
        Michael M. Buchman
        Pomerantz Haudek Block Grossman & Gross LLP
        100 Park Avenue
        New York, NY 10019


       Re: Judah M. Feigenbaum v. Air New Zealand, et al. - C08-308 BZ

Dear Counsel:

      At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

      At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                          Sincerely,

                          Richard W. Wieking, Clerk
                          United States District Court


                          /s/ Lashanda Scott
                    By:    Lashanda Scott
                          Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd