Michael M. Buchman
J. Douglas Richards
**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10019
Tel. (212) 661-1100
Fax (212) 661-8665
   and
Cheryl Hamer Mackell, Esq. (112933)
**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
840 Malcolm Road
Burlingame, California 94010
Tel. (415) 241-1480
Fax (800) 211-5422

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TRANSPACIFIC AIR PASSANGER ANTITRUST LITIGATION | Case No. CV 08 0308 BZ <br><br> MDL No. 1913 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE [F.R.C.P. § 41(a)(1)]** |
| This Document Relates To: <br><br> **JUDAH M. FEIGENBAUM**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRWAYS, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIRLINES, TIA AIRWAYS, UNITED AIRLINES,** <br><br> Defendants. | |

TO THE COURT AND ALL PARTIES:

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Judah M. Feigenbaum voluntarily dismisses its claims against defendant Northwest Airlines, Inc., with all parties to bear their own costs and expenses.

Dated: February 26, 2008

                              **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**

                              By:  s//Cheryl Hamer Mackell
                                   Cheryl Hamer Mackell
                              840 Malcolm Road
                              Burlingame, California 94010
                              Tel. (415) 241-1480
                              Fax (800) 211-5422

                              Michael M. Buchman
                              J. Douglas Richards
                              **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
                              100 Park Avenue, 26th Floor
                              New York, New York 10017
                              Tel. (212) 661-1100
                              Fax (212) 661-8665