Cheryl Hamer Mackell, Esq. (112933)
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (415) 241-1480
Facsimile: (800) 211-5422

and

Michael M. Buchman, Esq.
J. Douglas Richards, Esq.
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10019
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDAH M. FEIGENBAUM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>AIR NEW ZEALAND,<br>ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS,<br>CHINA AIRLINES, EVA AIRWAYS,<br>JAPAN AIRLINES INTERNATIONAL,<br>MALAYSIA AIRLINES,<br>NORTHWEST AIRLINES,<br>QANTAS AIRWAYS,<br>SINGAPORE AIRLINES,<br>THAI AIRWAYS, UNITED AIRLINES,<br><br>                    Defendants. | Case No. 08 cv 0308 BZ |

**PLAINTIFF JUDAH M. FEIGENBAUM'S RESPONSE TO PLAINTIFFS WILLIAM ADAM'S AND MARGARET GARCIA'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

Plaintiff Judah M. Feigenbaum, by and through his counsel, respectfully submits this memorandum in response to Plaintiff William Adam's and Margaret Garcia's motion for appointment of Interim Lead Counsel. For the reasons set forth below, Plaintiff Judah M. Feigenbaum believes that Cotchett, Pitre & McCarthy ("The Cotchett Firm" or the "Firm") should be appointed Interim Lead Counsel pursuant to Fed. R. Civ. P. 23(g).

## I.

## ARGUMENT

The Cotchett Firm should be appointed Interim Lead Cousel pursuant to Fed. R. Civ. P. 23(g) for four reasons.

*First*, The Cotchett Firm has more than 40 years of litigation and trial experience. It has a national reputation as a law firm of trial attorneys with decades of experience pursuing complex antitrust, consumer and securities multidistrict class actions. The Cotchett Firm is a well recognized, highly collegial leader which has previously worked closely with our firm and many other firms participating in this litigation.

*Second*, The Cotchett Firm thoroughly investigated the claims and filed the first action in this proceeding. Fed. R. Civ. P. 23(g)(i). The Cotchett Firm is also uniquely qualified to serve as Interim Lead Counsel because it has significant class action litigation experience with regard to the passenger aviation issues involved in this case. Notably, The Cotchett Firm presently serves as Co-Lead Counsel in an aviation class action filed against passenger air carriers concerning surcharges. *Id.* Indeed, serving as Co-Lead Counsel in *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal. Case No. 06-1793 (CRB), MDL No.

1793) has provided the Firm with a wealth of international aviation experience which other firms simply do not possess. *Id.* Efficiency would not be promoted by appointing other firms as class counsel since it would take such firms considerable time to develop a working understanding of the international aviation passenger industry. It would also force the class to unnecessarily compensate such firms to obtain this knowledge which the Cochett Firm already possesses.

*Third*, by virtue of its recent $200m settlement in *In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal. Case No. 06-1793 (CRB), MDL No. 1793), the Cotchett Firm has demonstrated that it can fairly and adequately represent the interests of this class and that will commit the resources necessary to bring this matter to successful resolution.

*Fourth*, appointing the San Francisco based Cotchett Firm as Interim Lead Counsel concerning this trans-pacific case will serve the interests of the class while also promoting efficiency and economy. Accordingly, Plaintiff Judah M. Feigenbaum respectfully requests that the law firm of Cotchett, Pitre & McCarthy be appointed Interim Lead Counsel for the class pursuant to Fed. R. Civ. P. 23(g).

## II.

## CONCLUSION

For the foregoing reasons, Plaintiff Judah M. Feigenbaum respectfully submits that the best interests of the Class will be served by appointing The Cochett Firm as Interim Lead Counsel pursuant to Fed. R. Civ. P. 23(g).

DATED: March 7, 2008

        **POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**

        By:    S//Cheryl Hamer Mackell
        _____

        Cheryl Hamer Mackell, Esq. (112933)
840 Malcolm Road
Burlingame, California 94010
Telephone: (415) 241-1480
Facsimile: (800) 211-5422

Michael M. Buchman, Esq.
J. Douglas Richards, Esq.
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

4

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 7th day of March 2008, caused to be served a copy of the foregoing: Plaintiff Judah M. Feigenbaum's Response To Plaintiffs William Adam's And Margaret Garcia's Motion For Appointment Of Interim Lead Counsel to the following individuals on the attached Service List via First Class U.S. Mail, postage prepaid:

_____
TRACEY A. OWENS

*In re Transpacific Passenger Air Transportation Antitrust Litigation*

## SERVICE LIST

| | |
|---|---|
| Thomas Girardi<br>Graham B.LippSmith<br>**Girardi Keese**<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554 | *Attorneys for Plaintiffs Andrew Barton and Tracey Wadmore Smith* |
| Robert C. Baker<br>**Baker, Keener & Nahra, LLP**<br>633 West 5th Street, Suite 5400<br>Los Angeles, CA 90071<br>Tel: (213) 241-0900<br>Fax: (213) 241-0990 | *Attorneys for Plaintiffs Matthew Evans and Clyde H. Campbell Jr.* |
| Bruce L. Simon<br>Esther L Klisura<br>**Pearson Simon Soter Warshaw & Pelly**<br>44 Montgomery St, Suite 1200<br>San Francisco, CA 94104<br>Tel: (415) 433-9000<br>Fax:( 415) 433-9008 | *Attorneys for Plaintiffs Franklyn Ajaye, Ming-Chun Wu Chen, Tzu-Chiao Chen, Rayna Rusenko, Titi Tran, Boris Zingerman and Galina Zingerman* |
| Thomas V. Girardi<br>Jennifer Lenze<br>**Girardi Keese**<br>1126 Wilshire Boulevard<br>Los Angeles, CA 91101<br>Tel: (213) 977-0211<br>Fax:( 213) 481-1554 | |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>**Saveri & Saveri**<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Fax: 415-217-6813 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |

| | |
|---|---|
| Steven J. Serratore<br>**Serratore-Ames LLP**<br>9595 Wilshire Blvd., Suite 201<br>Beverly Hills, CA 90212<br>Tel: 310-205-2460<br>Fax: 310-205-2464 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Randy R. Renick<br>**Law Offices of Randy Renick**<br>128 N. Fair Oaks Ave, Suite 204<br>Pasadena, CA 91103<br>Tel: 626-585-9608<br>Fax: 626-577-7079 | *Attorneys for Plaintiffs Schelly, Benson & Kitagawa* |
| Daniel C. Girard<br>Aaron M. Sheanin<br>Elizabeth Cheryl Pritzker<br>Steven G. Tidrick<br>**Girard Gibbs LLP**<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846 | *Attorneys for Plaintiff Mark Foy* |
| C. Donald Amamgbo<br>**Amamgbo & Associates, APC**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>(510) 615-6000<br>Fax: (510) 615-6025 | *Attorney for Plaintiffs Robert Casteel III, Uchenna Udemezue and Steve Ike* |
| Brian Joseph Barry, Esq.<br>**Law Offices of Brian Barry**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>Tel: 310-788-0831<br>Fax: 310-788-0841 | *Attorney for Plaintiffs Woodrow Clark II, and James Evans* |

| | |
|---|---|
| Allan Steyer<br>**Steyer Lowenthal Boodrookas Alvarez & Smith LLP**<br>One California Street, Third Floor<br>San Francisco, CA 94104<br>Tel: (415) 421-3400<br>Fax: (415) 421-2234 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>Hilary K. Ratway<br>James J. Pizzirusso<br>**Cohen Milstein Hausfeld & Toll**<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005-3934<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Michael P. Lehman<br>**Cohen Milstein Hausfeld & Toll**<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-983-3321<br>Fax: 541-986-3643 | *Attorneys for Plaintiffs Rachel Diller and Trong Nguyen* |
| Mario Nunzio Alioto<br>**Trump Alioto Trump & Prescott LLP**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200<br>Fax: 415-346-0679 | *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenck* |
| Sherman Kassof<br>**Law Offices of Serman Kassof**<br>954 Risa Road, Suite B<br>Lafayette, CA 94549<br>Tel: 510-652-2554<br>Fax: 510-652-9308 | *Attorneys for Plaintiffs Martin Kaufman, Ireatha Diane Mitchell, Rosemary Senger and Lemuel Schenck* |

| | |
|---|---|
| Joseph M. Patane<br>**Law Office of Joseph M. Patane**<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679 | *Attorneys for Plaintiffs Martin Kaufman,<br>Ireatha Diane Mitchell, Rosemary Schenk,<br>and Lemuel Schenk* |
| Brian S. Kabateck<br>Richard Kellner<br>**Kabateck Brown Kellner, LLP**<br>644 South Figueroa Street<br>Los Angeles, CA 90071<br>Tel: 213-217-5000<br>Fax: 213-217-5010 | *Attorney for Plaintiff Meor Adlin* |
| Lori S. Brody<br>**Kaplan Fox & Kilsheimer LLP**<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Tel: 310-785-0800<br>Fax: 310-785-0897 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Laurence D. King<br>**Kaplan Fox & Kilsheimer LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Tel: 415-772-4700<br>Fax: 415-772-4707 | *Attorneys for Plaintiff Stephen Gaffigan* |
| William Pinilis<br>**Kaplan Fox & Kilsheimer LLP**<br>160 Morris Street<br>Morristown, New Jersey 07960<br>Tel: 973-656-0222<br>Fax: 973-401-1114 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Robert N. Kaplan<br>Donald R. Hall<br>Jason A Zweig<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: 212-687-1980<br>Fax: 212-687-7714 | *Attorneys for Plaintiff Stephen Gaffigan* |

| | |
|---|---|
| Gabe Halpern<br>**Pinilis & Halpern, LLP**<br>160 Morris Street<br>Morristown, New Jersey 07960<br>Tel: 973-656-0222<br>Fax: 973-401-1114 | *Attorneys for Plaintiff Stephen Gaffigan* |
| Cheryl Hamer<br>**Pomerantz Haudek Block Grossman & Gross**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: 415-241-1480<br>Fax: 800-211-5422 | *Attorneys for Plaintiff Judah M. Feigenbaum* |
| Michael Buckman<br>J. Douglas Richards<br>**Pomerantz Haudek Block Grossman & Gross**<br>100 Park Avenue<br>New York, NY 10019<br>Tel: 212-661-1100<br>Fax: 212-661-8665 | *Attorneys for Plaintiff Judah M. Feigenbaum* |
| Jiangxiao Athena Hou<br>Matthew Rutledge Schultz<br>Patrick Bradford Clayton<br>**Zelle Hofmann Voelbel Mason & Gette**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770 | *Attorneys for Plaintiff Micah Abrams* |
| Michael J. Holland<br>**Condon & Forsyth LLP**<br>7 Times Square, 18th Floor<br>New York, New York 10036<br>Tel: 212-490-9100 | *Attorney for Defendant Air New Zealand* |
| Douglas E. Rosenthal<br>**Constantine Cannon LLP**<br>1627 Eye Street, N.W., 10th Floor<br>Washington, District of Columbia 20006<br>Tel: 202-204-3500<br>Fax: 202-204-3501 | *Attorney for Defendant All Nippon Airways* |

| | |
|---|---|
| Edward B. Schwartz<br>**DLA PIPER US LLP**<br>500 Eighth Street, N.W.<br>Washington, DC 20004<br>Tel: 202-799-4000<br>Fax: 202-799-5000 | *Attorney for Defendant Cathay Pacific Airways* |
| James V. Dick<br>**Squire, Sanders & Dempsey LLP**<br>1201 Pennsylvania Avenue, N.W., Suite 500<br>Washington, D.C. 20004<br>Tel: 202-626-6600<br>Fax: 202-626-6780 | *Attorney for Defendant China Airlines* |
| David Kirstein<br>**Kirstein & Young, PLLC**<br>1750 K Street, N.W., Suite 200<br>Washington, D.C. 20006<br>Tel: 202-331-3348<br>Fax: 202-331-3933 | *Attorney for Defendant EVA Airways* |
| William Karas<br>**Steptoe & Johnson LLP**<br>Washington, D.C. 20036<br>Tel: 202-429-8126<br>Fax: 202-429-8126 | *Attorney for Defendant Japan Airlines International* |
| David A. Senior<br>Benjamin D. Weston<br>**McBreen & Senior**<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>Tel: 310-552-5300<br>Fax: 310-552-1205 | *Attorney for Defendant Malaysia Airlines* |
| John F. Cove, Jr.<br>Kenneth Fischer Rossman<br>**Boies, Schiller & Flexner LLP**<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: 510-874-1000 | *Attorney for Defendant Northwest Airlines* |

| | |
|---|---|
| W. Tod Miller<br>**Baker & Miller PLLC**<br>2401 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20037<br>Tel: 202-663-7820<br>Fax: 202-663-7849 | *Attorney for Defendant Qantas Airways* |
| William R. Sherman<br>**Latham & Watkins LLP**<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>Tel: 202-637-2200<br>Fax: 202-637-2201 | *Attorney for Defendant Singapore Airlines* |
| Mark S. Priver<br>**Ohashi & Priver**<br>140 South Lake Ave., Suite 208<br>Pasadena, CA 91101<br>Tel: 626-584-1107<br>Fax: 626-584-3636 | *Attorney for Defendant Thai Airways* |
| Katherine A. Levine<br>**Cravath, Swaine & Moore LLP**<br>825 Eighth Avenue, 4044 D<br>New York, NY 10019<br>Tel: 212-474-1684<br>Fax: 212-474-3700 | *Attorney for Defendant Thai Airways* |
| Richard J. Favretto<br>**Mayer Brown LLP**<br>1909 K. Street N.W.<br>Washington, DC 20006<br>Tel: 202-263-3250<br>Fax: 202-263-3300 | *Attorney for Defendant United Airlines* |