Cheryl Hamer Mackell, Esq. (112933)
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
840 Malcolm Road
Burlingame, California 94010
Telephone: (415) 241-1480
Facsimile: (800) 211-5422

and

Michael M. Buchman, Esq.
J. Douglas Richards, Esq.
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10019
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDAH M. FEIGENBAUM**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>**AIR NEW ZEALAND,**<br>**ALL NIPPON AIRWAYS, CATHAY**<br>**PACIFIC AIRWAYS,**<br>**CHINA AIRLINES, EVA AIRWAYS,**<br>**JAPAN AIRLINES INTERNATIONAL,**<br>**MALAYSIA AIRLINES,**<br>**NORTHWEST AIRLINES,**<br>**QANTAS AIRWAYS,**<br>**SINGAPORE AIRLINES,**<br>**THAI AIRWAYS, UNITED AIRLINES,**<br><br>                    Defendants. | Case No. 08 cv 0308 BZ<br><br><br><br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT**<br>**PREJUDICE** |

1  **PLEASE TAKE NOTICE** that Plaintiff Judah M. Feigenbaum, by and
2  through his attorneys, voluntarily dismisses his action against all defendants
3  without prejudice pursuant to Fed. R. Civ. P. 41(a). The parties hereto shall bear
4  their own costs and expenses.

5  DATED: July 7, 2008

7           **POMERANTZ   HAUDEK   BLOCK**
8           **GROSSMAN & GROSS LLP**

10          By:    S//Cheryl Hamer Mackell
                  ─────────────────────────
12                 Cheryl Hamer Mackell, Esq. (112933)
13          840 Malcolm Road
14          Burlingame, California 94010
15          Telephone: (415) 241-1480
16          Facsimile: (800) 211-5422

18          Michael M. Buchman, Esq.
19          J. Douglas Richards, Esq.
20          **POMERANTZ   HAUDEK   BLOCK**
21          **GROSSMAN & GROSS LLP**
22          100 Park Avenue, 26th Floor
23          New York, New York 10017
24          Telephone: (212) 661-1100
25          Facsimile: (212) 661-8665